Opinion by Willson, J.

## WOODWARD VS. GRIFFITH.

Appeal from Denton county.

*Trespass.*---The common law rule "that every man must keep his domestic animals within the limits of his own possessions, and if they stray upon the land of another, he is chargeable with a trespass" does not obtain in this state, such rule being inconsistent with the legislation of this state.

*Same---Animals Running at Large.*---In this state the owner of such animals may permit them to run at large, except where prohibited from doing so by some special or local law, and if, while running at large, they are killed or injured, his right to recover damages is not affected by the fact that they were not upon his own premises at the time.

*Damages.*---One who constructs a fence upon his own land not in compliance with the statute, is guilty of negligence such as will make him liable in damages for injuries received by stock running at large by contact with such fence.

Opinion by Willson, J.